THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS S. DEAL and ALFRED DEAL, Appellants.

Argued October 14, 1942; decided December 3, 1942.

*James Dempsey* and *Bartholomew A. Moynahan* for appellants.

*Frank S. Hogan, District Attorney (Whitman Knapp* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J. LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.